UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

RAYQUAN RAINEY, and
JAVARIOUS BRINSON

CASE NO. 8: 25 Cr 106 VMC - AAS

18 U.S.C. § 922(g)(1)
(Possession of a Firearm or
Ammunition by a Convicted Felon)
21 U.S.C. § 846
(Drug Trafficking Conspiracy)
21 U.S.C. § 841(a)(1)
(Possession with Intent Distribute
Controlled Substances)
18 U.S.C. § 924(c)
(Possessing a Firearm in Furtherance of a
Drug Trafficking Crime)

**INDICTMENT**

The Grand Jury charges:

MAR 5 2025 PM3:09
FILED - USDC - FLMD - TPA

**COUNT ONE**
**(Possession of a Firearm or Ammunition by a Convicted Felon)**

On or about June 23, 2024, in the Middle District of Florida, the defendant,

RAYQUAN RAINEY,

knowing that he had previously been convicted in any court of a crime punishable by

imprisonment for a term exceeding one year, including the following offenses:

1.    Possession of fentanyl, on or about January 25, 2021;

2.    Felon in possession of ammunition, on or about December 11, 2020;

3.    Fleeing or eluding, on or about October 30, 2017; and

4.    Grand theft motor vehicle, on or August 12, 2016.

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is, Seller and Bellott (S&B) .45 caliber ammunition,

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT TWO
### (Drug Trafficking Conspiracy)

Beginning on an unknown date, but not later than on or about July 25, 2024, and continuing through on or about July 25, 2024, in the Middle District of Florida, the defendants,

RAYQUAN RAINEY and JAVARIOUS BRINSON,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which involved a mixture and substance containing a detectable amount of cocaine and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, contrary to the provisions of 21 U.S.C. § 841(a)(1). All in violation of 21 U.S.C. §§ 846, 841(b)(1)(B) and 841(b)(1)(C).

## COUNT THREE
### (Possession With Intent to Distribute a Controlled Substance)

On or about July 25, 2024, in the Middle District of Florida, and elsewhere, the defendants,

RAYQUAN RAINEY and JAVARIOUS BRINSON,

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute a controlled substance, which involved a mixture and substance

2

containing a detectable amount of cocaine and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT FOUR
### (Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about July 25, 2024, in the Middle District of Florida, the defendants,

RAYQUAN RAINEY and JAVARIOUS BRINSON,

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, conspiracy to possess, and possession, with intent to distribute a controlled substance, as alleged in Counts Two and Three above, Counts Two and Three being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT FIVE
### (Possession of a Firearm or Ammunition by a Convicted Felon)

On or about July 25, 2024, in the Middle District of Florida, the defendant,

RAYQUAN RAINEY,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1.    Possession of fentanyl, on or about January 25, 2021;

2.    Felon in possession of ammunition, on or about December 11, 2020;

3.    Fleeing or eluding, on or about October 30, 2017; and

4.    Grand theft motor vehicle, on or August 12, 2016.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock model 30 .45 caliber pistol, and ammunition, that is, Armscor (A USA) .45 caliber ammunition,

In violation of 18 U.S.C. §§ 922(g)(1), 922(a)(8).

## FORFEITURE

1.    The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.    Upon conviction of a violation of 21 U.S.C. § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.    The property to be forfeited includes, but is not limited to, the following: Glock model 30 .45 caliber pistol (serial number SHZ041) and ammunition contained therein.

4.    If any of the property described above, as a result of any acts or omissions of the defendants:

4

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,



Foreperson

SARA C. SWEENEY
Acting United States Attorney

By: Brooke M. Padgett
Brooke M. Padgett
Assistant United States Attorney

By: for: James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Racketeering Section

5

y

FORM OBD-34

March 25

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

RAYQUAN RAINEY, and
JAVARIOUS BRINSON

INDICTMENT

Violation: 18 U.S.C. §§ 922(g)(1) and 924(c)
21 U.S.C. §§ 846 and 841(a)(1)

A true bill.

_____
Foreperson

Filed in open court this 5th day

of March 2025.

_____Eric Calderon_____
Clerk

Bail $_____

GPO 863 525