UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                         CASE NO. 8:25-cr-106-VMC-AAS

RAYQUAN RAINEY

## **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, states to the Court as follows:

1.      An Indictment is pending in this Court against Rayquan Rainey in the above styled case, and it is set for Initial Appearance/Arraignment as to said defendant at Tampa, Florida, on June 16, 2025 at 2:00 P.M.

2.      The defendant is now confined in Pinellas County Jail.

3.      It is necessary to have said defendant before this Court for Initial Appearance/Arraignment as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal, or any other United States Federal Agent, to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for Initial Appearance/Arraignment, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Pinellas County Jail,

and also directing the said Warden, of the Pinellas County Jail, to deliver the said defendant into the custody of any United States Marshal, or any other United States Federal Agent, for the aforesaid purpose.

Date: May 30, 2025

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Brooke M. Padgett
Brooke M. Padgett
Assistant United States Attorney
FL Bar No 88762
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Brooke.Padgett@usdoj.gov

UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                              CASE NO. 8:25-cr-106-VMC-AAS

RAYQUAN RAINEY

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL; and

       Warden, of the Pinellas County Jail

It appearing from the petition of the United States of America that the defendant in the above case, Rayquan Rainey is confined in Pinellas County Jail at Clearwater Florida, and that this case is set for Initial Appearance/Arraignment as to said defendant on June 16, 2025, at 2:00 P.M. and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, or any other United States Federal Agent, that you have the body of the said Rayquan Rainey now detained in custody as aforesaid, under safe and secure conduct, before this Court on June 16, 2025, at Tampa, Florida, by or before 2:00 P.M. for Initial Appearance/Arraignment on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Pinellas County Jail, to deliver into custody of any United States Marshal, or any other United States Federal Agent, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, or any other United States Federal Agent, that upon completion of all further proceedings in this case that you return Rayquan Rainey with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Pinellas County Jail.

DONE and ORDERED at Tampa, Florida, this ___ day of May 2025.

HONORABLE AMANDA A. SANSONE
United States Magistrate Judge

# AUSA REQUEST/WRIT OF HABEAS CORPUS

To:        William B. Berger, Sr.
         United States Marshal

From:     Brooke Padgett
         Assistant United States Attorney

Subject:    AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name:     Rayquan Rainey

AKA:

DOB or Age: 28    Race: Black  Sex: Male

Booking No: 1970684    BOP No:    FBI No:

Federal/State Charges: Federal

Institution's Phone No.: 727-464-6415

Case Agent:  Angeline Cannizarro    Agency: ATF    Phone No: 813-215-9273

Other Special Handling, Medical, or Separatee Information: N/A

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**