UNITED STATES OF AMERICA

-vs-                                                          Case No. 8:25-cr-106-VMC-AAS

RAYQUAN RAINEY

**CLERK'S MINUTES**

Proceeding: Initial Appearance and Arraignment
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge    Date: June 16, 2025
Deputy Clerk: Ashley Sanders    Time: 2:43 p.m.
USPO: Christopher Borras    Recess: 3:38 p.m.
Court Reporter: Digital    Total Time: 55 min
Interpreter: none    *Held with other hearings (10 min)*

---

Counsel for USA: Brooke Padgett, AUSA
Counsel for Defendant: Stephen Consuegra, AFPD

---

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Court advises of charges contained in Indictment. Defendant waives full and formal reading, enters a plea of not guilty, moves to participate in discovery. Government moves for reciprocal discovery.

BOND:    <u>Government:</u>  moves for detention.

        <u>Defendant:</u>  reserves.

Court orders Defendant detained pending trial.

Trial set for the August trial term commencing on August 4, 2025, before Judge Covington Status conference set for July 17, 2025, at 9:00 a.m. Pretrial order to be entered.

Oral due process order pronounced.

Recess.