UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:25-cr-106-VMC-AAS

RAYQUAN RAINEY

_____/

## **ORDER OF DETENTION**

This cause is before the Court on the question of the Defendant's release or detention pending trial.  The Defendant stands indicted on various weapons and drug-related offenses which he allegedly committed while on supervised release.  *See* (Doc. 1); *see also United States v. Rainey*, 8:20-cr-137-WJF-TGW, (Doc. 60) (M.D. Fla. July 31, 2024).  The government seeks to detain the Defendant, and the Defendant has deferred on the matter, electing to reserve the right to address the issue of his release at a later date.

In light of the charged crimes, there is a statutory presumption that no condition or combination of conditions will reasonably assure the Defendant's appearance as required and the safety of the community.  18 U.S.C. § 3142(e)(3)(A), (B).  Based upon the Defendant's position at the bail/detention hearing, he has not overcome this presumption.  Accordingly, the Court directs that the Defendant be detained.  Counsel may revisit the matter of the Defendant's release by subsequent motion should the circumstances warrant such relief.

The Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for consultatiopn with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED in Tampa, Florida, this 17th day of June 2025.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record