# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

United States of America
v.
Rayquan Rainey

)
)
)
)
)
)
)

Case No. 8:25 cr 106 VMC-AAS

RCVD USMS M/FL TAMPA
2025 MAR 7 AM 127

JUN 20 2025 AM 10:14
FILED - USDC - FLMD - TPA

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)     RAYQUAN RAINEY                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm or Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1);
Drug Trafficking Conspiracy, in violation of 21 U.S.C. § 846;
Possession with Intent Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1); and
Possessing a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c).

Date: 3/6/2025

_____
Issuing officer's signature

City and state:     Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
Printed name and title
**KATRINA ELLIOTT**

| Return |
|---|
| This warrant was received on (date) 6 March 25, and the person was arrested on (date) 16 June 25 at (city and state) Pinellas County, FL . |
| Date: 16 June 25 |

_____
Arresting officer's signature

ORTIZ, FRANK A. DUSM
Printed name and title
M/FL