# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYQUAN RAINEY,

    Defendant.

Case No. 8:25-cr-00106-VMC-AAS

**WAIVER OF SPEEDY TRIAL**

Defendant Rayquan Rainey, through counsel, waives his right to a speedy trial through October 31, 2025. This waiver is done for the purposes of reviewing discovery, negotiating with the government, and to allow time to resolve the case.

Dated this 15th day of July 2025.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Florida Bar No. 117534
Assistant Federal Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
E-mail: ryan_maguire@fd.org

Attorney for Rayquan Rainey

## CERTIFICATE OF SERVICE

I certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Ryan J. Maguire
Assistant Federal Defender