# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                    **Case No.: 8:25-cr-106-VMC-AAS-1**

**RAYQUAN RAINEY**       **/**

## UNOPPOSED MOTION TO CONTINUE TRIAL TERM

Defendant, Rayquan Rainey, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's October 2025 trial term, by two cycles. The government is not opposed to this request. As grounds in support thereof, Mr. Rainey, states

1. Mr. Rayquan Rainey had his initial appearance and arraignment on June 16, 2025, where he was charged via five-count indictment with Possession of a Firearm or Ammunition by a Convicted Felon, Drug Trafficking Conspiracy, Possession with Intent to Distribute Controlled Substance, Possessing a Firearm in Furtherance of a Drug Trafficking Crime and Possession, in violation of 21 U.S.C. § 846, § 8411(a)(1), 18 U.S.C. § 922 (g)(1) and § 924 (c). Docs. 1 and 14.

2. A pretrial discovery notice set this matter for August 2025 trial term. Doc. 17.

3. Mr. Rainey was ordered detained and has remained detained since his

arrest. Doc. 16.

4. Per endorsed order by the Court this case is currently set for October trial term. Doc.24.

5. Defense is seeking a two-cycle continuance to permit defense to review recently received discovery and negotiate with the government.

6. Undersigned has conferred with Assistant United States Attorney Brooke Padgett, who has advised that the government does not oppose the relief sought in this motion.

7. Mr. Rainey is in agreement with this motion.

## MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Rainey argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Rayquan Rainey, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Rainey in a speedy trial and enter an Order continuing the trial term to the December 2025 trial term.

Respectfully submitted this 9th day of September 2025,

A. FITZGERALD HALL, ESQ.
INTERIM FEDERAL DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Brooke Michelle Padgett, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender