UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:25-cr-106-VMC-AAS

JAVARIOUS BRINSON

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, states to the Court as follows:

1.      An Indictment is pending in this Court against Javarious Brinson in the above styled case, and it is set for Initial Appearance as to said defendant at Tampa, Florida, on November 4, 2025 at 10:00 a.m.

2.      The defendant is now confined in CFRC East.

3.      It is necessary to have said defendant before this Court for Initial Appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal, or any other United States Federal Agent, to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for Initial Appearance, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the CFRC East, and also directing the said Warden, of the CFRC East, to deliver the said defendant into the custody of any United States Marshal, or

any other United States Federal Agent, for the aforesaid purpose.

Date:  October 23, 2025

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Brooke M. Padgett*
Brooke M. Padgett
Assistant United States Attorney
FL Bar No 88762
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Brooke.Padgett@usdoj.gov

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:25-cr-106-VMC-AAS

JAVARIOUS BRINSON

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the CFRC East:

It appearing from the petition of the United States of America that the defendant in the above case, Javarious Brinson, is confined in CFRC East at Orlando, Florida, and that this case is set for Initial Appearance as to said defendant on November 4, 2025 at 10:00 a.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, or any other United States Federal Agent, that you have the body of the said Javarious Brinson, now detained in custody as aforesaid, under safe and secure conduct, before this Court on November 4, 2025, at Tampa, Florida, by or before 10:00 a.m. for Initial Appearance on criminal charges pending against him in this cause.

And this is to command you, Warden, of the CFRC East, to deliver into custody of any United States Marshal, or any other United States Federal Agent, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, or any other United States Federal Agent, that upon completion of all further proceedings in this case that you return Javarious Brinson with all convenient speed, under safe and secure conduct to the custody of the Warden, of the CFRC East.

DONE and ORDERED at Tampa, Florida, this ___ day of October 2025.

_____
HONORABLE AMANDA A. SANSONE
United States Magistrate Judge

# AUSA REQUEST/WRIT OF HABEAS CORPUS

To:      William B. Berger, Sr.
          United States Marshal

From:    Brooke M. Padgett
          Assistant United States Attorney

Subject:   AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name:    Javarious Brinson

AKA:    N/A

DOB or Age: 10/02/1999    Race: Black    Sex: Male

Booking No: R91059    BOP No: N/A    FBI No: N/A

Federal/State Charges: Federal

Institution's Phone No.: (407) 207-7777

Case Agent: Kyle Crabtree    Agency: ATF    Phone No:  813-334-9715

Other Special Handling, Medical, or Separatee Information: N/A

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**