# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                    **Case No.: 8:25-cr-106-VMC-AAS-1**


<u>**RAYQUAN RAINEY**</u>                    /

## <u>AMENDED UNOPPOSED MOTION TO CONTINUE TRIAL TERM</u>

Defendant, Rayquan Rainey, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's December 2025 trial term, by one cycle. The government is not opposed to this request. As grounds in support thereof, Mr. Rainey, states

1. Mr. Rayquan Rainey had his initial appearance and arraignment on June 16, 2025, where he was charged via five-count indictment with Possession of a Firearm or Ammunition by a Convicted Felon, Drug Trafficking Conspiracy, Possession with Intent to Distribute Controlled Substance, Possessing a Firearm in Furtherance of a Drug Trafficking Crime and Possession, in violation of 21 U.S.C. § 846, § 8411(a)(1), 18 U.S.C. § 922 (g)(1) and § 924 (c). Docs. 1 and 14.

2. A pretrial discovery notice set this matter for August 2025 trial term. Doc. 17.

3. Mr. Rainey was ordered detained and has remained detained since his

arrest. Doc. 16.

4. A motion to continue trial term was filed and granted by this Court, resetting the trial term for December 2025. Docs. 26 and 29.

5. Defense is seeking a one-cycle continuance to permit defense to complete negotiations with the government.

6. Undersigned has conferred with Assistant United States Attorney Brooke Padgett, who has advised that the government does not oppose the relief sought in this motion.

7. This request is made in good faith, in the interests of justice, and not to unnecessarily delay the proceedings. The undersigned has authority to waive speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

## MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Rainey argues that this motion satisfies the criteria of the local rule. Finally, 18 U.S.C. § 3161(h)(8) provides that any period of delay resulting from a continuance at the defendant's request shall be excluded from speedy trial calculations if the judge finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The ends of justice warrant a continuance in this case.

WHEREFORE, the Defendant, Mr. Rayquan Rainey, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Rainey in a speedy trial and enter an Order continuing the trial term to the January 2026 trial term.

Respectfully submitted this 28th day of October 2025,

A. FITZGERALD HALL, ESQ.
INTERIM FEDERAL DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 28th day of October 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Brooke Michelle Padgett, AUSA

<div style="margin-left:50%">

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender

</div>