UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-106-VMC-AAS

RAYQUAN RAINEY

## GOVERNMENT'S STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of June 27, 2025, the United States herein states as follows:

1.    Brief summary of the case's status:

An Indictment was returned on March 5, 2025. Doc. 1. An initial appearance and arraignment was held on June 16, 2025. Doc 14. The first status conference was scheduled for July 17, 2025. Doc. 17. Defense filed a motion for a two-cycle continuance on September 9, 2025. Doc. 26. The case is currently set on the January trial term. Doc. 40.

2.    Possibility of a plea agreement as to each defendant:

Plea discussions are ongoing with defense – if the case does not resolve the United States and defense are requesting a one-cycle continuance for the trial be set on the February trial calendar. The defense expects to have an answer regarding a plea or a trial prior to the status on

December 11, 2025.

3. Number of days required for trial, for government's case-in-chief:

2-3 days.

4. Pending motions, dates on which they were filed, and whether they are

ripe for determination:

No pending motions at this time.

5. Potential speedy trial problems:

No speedy trial issues – defense counsel anticipates filing a motion to

continue and waiving speedy through the February trial term if the case

does not result in a plea. Speedy trial is currently waived through

January 31, 2025.

The United States has consulted with counsel for the defendant herein and

both parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Brooke M. Padgett*
Brooke M. Padgett
Assistant United States Attorney
Florida Bar No. 88762
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: brooke.padgett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

*/s/ Brooke M. Padgett*
Brooke M. Padgett
Assistant United States Attorney
Florida Bar No. 88762
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: brooke.padgett@usdoj.gov