UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-cr-00106-VMC-AAS

JAVARIOUS DAQUAN BRINSON

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, states to the Court as follows:

1.      An Indictment is pending in this Court against Javarious Daquan

Brinson in the above styled case, and it is set for Initial Appearance/Arraignment as

to said defendant at Tampa, Florida, on January 27, 2026 at 2:00 p.m.

2.      The defendant is now confined in Gulf Correctional Institution.

3.      It is necessary to have said defendant before this Court for Initial

Appearance/Arraignment as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of

Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed

to the aforesaid penal institution and there take into custody the body of the said

defendant and have him before this Court at the time and place above specified for

Initial Appearance/Arraignment, and upon completion of proceedings in this case to

return the said defendant to the custody of the Warden, of the Gulf Correctional

Institution., and also directing the said Warden, of the Gulf Correctional Institution,

to deliver the said defendant into the custody of any United States Marshal for the

aforesaid purpose.

     Date: January 8, 2026

                            Respectfully submitted,

                            GREGORY W. KEHOE
                            United States Attorney

                By:   */s/ Brooke M. Padgett*
                      Brooke M. Padgett
                      Assistant United States Attorney
                      FL Bar No 88762
                      400 N. Tampa St., Ste. 3200
                      Tampa, FL 33602-4798
                      Telephone: (813) 274-6000
                      Facsimile: (813) 274-6358
                      E-mail: Brooke.Padgett@usdoj.gov

**AUSA REQUEST/WRIT OF HABEAS CORPUS**

To:      William B. Berger, Sr.
           United States Marshal

From:    Brooke Padgett
           Assistant United States Attorney

Subject:   AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name:     Javarious Daquan Brinson

AKA:

DOB or Age: 26       Race: Black      Sex: Male

DC No: R91059       BOP No:        FBI No:

Federal/State Charges: Federal

Institution's Phone No.: 850-639-1000

Case Agent: Kyle Crabtree     Agency: ATF     Phone No: 726-250-4187

Other Special Handling, Medical, or Separatee Information: N/A

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED**
**TO THE AUSA REQUEST OR COPY OF WRIT**