UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:25-cr-00106-VMC-AAS

JAVARIOUS DAQUAN BRINSON

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Gulf Correctional Institution

It appearing from the petition of the United States of America that the defendant in the above case, Javarious Daquan Brinson, is confined in Gulf Correctional Institution at Wewahitchka, Florida, and that this case is set for Initial Appearance/Arraignment as to said defendant on January 27, 2026, at 2:00 p.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Javarious Daquan Brinson now detained in custody as aforesaid, under safe and secure conduct, before this Court on January 27, 2026, at Tampa, Florida, by or before 2:00 p.m., Initial Appearance/Arraignment on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Gulf Correctional Institution, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Javarious Daquan Brinson with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Gulf Correctional Institution.

DONE and ORDERED at Tampa, Florida, this __9__ day of January, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge