UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:25-cr-106-VMC-AAS

RAYQUAN RAINEY

**MOTION TO APPEAR ON
BEHALF OF GOVERNMENT COUNSEL OF RECORD**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this motion for Michael Kenneth to appear on

behalf of Assistant United States Attorney Brooke Padgett who is counsel of record

for the government. Ms. Padgett is assisting a family member with a medical

appointment and will be out of town.

The undersigned requests permission for Assistant United States Attorney

Michael Kenneth to appear in lieu of the aforementioned attorney at the status

conference scheduled for January 15, 2026 at 9:30 a.m. in Courtroom 14 B.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/ Brooke M. Padgett*
Brooke M. Padgett
Assistant United States Attorney
United States Attorney No.: 88762
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Brooke.Padgett@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

*/s/ Brooke M. Padgett*
Brooke M. Padgett
Assistant United States Attorney
United States Attorney No.: 88762
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Brooke.Padgett@usdoj.gov
