## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                          **Case No.: 8:25-cr-106-VMC-AAS-1**

<u>**RAYQUAN RAINEY**</u>                    /

## <u>UNOPPOSED MOTION FOR MISCELLANIOUS RELIEF</u>

Defendant, Rayquan Rainey, by and through undersigned counsel requests that the status conference scheduled on January 15, 2026 in this matter be cancelled since the trial has been continued to March of 2026 and a status report has been filed. See Docs. 51, 52, 56. In the alternative Counsel is requesting to allow Samuel Landes to stand in during the hearing scheduled on January 15, 2026 because undersigned counsel has a medical procedure scheduled on January 15, 2026 at 10:00 a.m. The government is not opposed to this request.

Respectfully submitted this 13th day of January 2026,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715

Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Brooke Michelle Padgett, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender