UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:25-cr-106-VMC-AAS

JAVARIOUS BRINSON

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, states to the Court as follows:

1.     An Indictment is pending in this Court against Javarious Brinson in the above styled case, and it is set for Initial Appearance/Arraignment as to said defendant at Tampa, Florida, on February 23, 2026 at 2:00 p.m.

2.     The defendant is now confined in Gulf Correctional Institution, 500 Ike Steele Road, Wewahitchka, FL 32465.

3.     It is necessary to have said defendant before this Court for Initial Appearance/Arraignment as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal, or any other United States Federal Agent, to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for Initial Appearance/Arraignment, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Gulf Correctional Institution, and also directing the

said Warden, of the Gulf Correctional Institution, to deliver the said defendant into

the custody of any United States Marshal, or any other United States Federal Agent,

for the aforesaid purpose.

Date:  January 22, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:     /s/ Brooke M. Padgett
Brooke M. Padgett
Assistant United States Attorney
FL Bar No 88762
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Brooke.Padgett@usdoj.gov

# AUSA REQUEST/WRIT OF HABEAS CORPUS

To:        William B. Berger, Sr.
          United States Marshal

From:      Brooke M. Padgett
          Assistant United States Attorney

Subject:    AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name:     Javarious Brinson

AKA:      N/A

DOB or Age:  27  Race: Black      Sex: Male

Booking No:   R91059     BOP No: N/A     FBI No: N/A

Federal/State Charges: State

Institution's Phone No.: 850-639-1000

Case Agent: Kyle Crabtree     Agency: ATF     Phone No: 813-334-9715

Other Special Handling, Medical, or Separatee Information:

Please keep inmate Javarious Brinson and inmate Rayquan Rainey separated during transport, holding or any other time they should be together.

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**