UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                             CASE NO. 8:25-cr-106-VMC-AAS

JAVARIOUS BRINSON

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

       Warden, of the Gulf Correctional Institution:

It appearing from the petition of the United States of America that the defendant in the above case, Javarious Brinson, is confined in Gulf Correctional Institution at Orlando, Florida, and that this case is set for Initial Appearance/Arraignment as to said defendant on February 23, 2026 at 2:00 p.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, or any other United States Federal Agent, that you have the body of the said Javarious Brinson, now detained in custody as aforesaid, under safe and secure conduct, before this Court on February 23, 2026, at Tampa, Florida, by or before 2:00 p.m. for Initial Appearance/Arraignment on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Gulf Correctional Institution, to deliver into custody of any United States Marshal, or any other United States Federal Agent, upon production to you of a certified copy of this writ, the body of

the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, or any other United States Federal Agent, that upon completion of all further proceedings in this case that you return Javarious Brinson with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Gulf Correctional Institution.

DONE and ORDERED at Tampa, Florida, this ___ day of January, 2026.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2