# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-cr-106-VMC-AAS

JAVARIOUS BRINSON

## **WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Gulf Correctional Institution:

It appearing from the petition of the United States of America that the defendant in the above case, Javarious Brinson, is confined in Gulf Correctional Institution at Orlando, Florida, and that this case is set for Initial Appearance/Arraignment as to said defendant on February 23, 2026 at 2:00 p.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, or any other United States Federal Agent, that you have the body of the said Javarious Brinson, now detained in custody as aforesaid, under safe and secure conduct, before this Court on February 23, 2026, at Tampa, Florida, by or before 2:00 p.m. for Initial Appearance/Arraignment on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Gulf Correctional Institution, to deliver into custody of any United States Marshal, or any other United States Federal Agent, upon production to you of a certified copy of this writ, the body of

the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, or any other United States Federal Agent, that upon completion of all further proceedings in this case that you return Javarious Brinson with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Gulf Correctional Institution.

DONE and ORDERED at Tampa, Florida, this 26 day of January, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

# AUSA REQUEST/WRIT OF HABEAS CORPUS

To:      William B. Berger, Sr.
          United States Marshal

From:    Brooke M. Padgett
          Assistant United States Attorney

Subject:   AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name:    Javarious Brinson

AKA:     N/A

DOB or Age:  27  Race: Black      Sex: Male

Booking No:  R91059    BOP No: N/A    FBI No: N/A

Federal/State Charges: State

Institution's Phone No.: 850-639-1000

Case Agent: Kyle Crabtree     Agency: ATF     Phone No:  813-334-9715

Other Special Handling, Medical, or Separatee Information:

Please keep inmate Javarious Brinson and inmate Rayquan Rainey separated during transport, holding or any other time they should be together.

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

## THIS FORM IS TO REMAIN ATTACHED
## TO THE AUSA REQUEST OR COPY OF WRIT