# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                      **Case No. 8:25-cr-106-VMC-AAS**

**RAYQUAN RAINEY**

_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent Rayquan Rainey in the above-styled case. The Clerk is requested to enter the appearance of Jaclyn Isaacs-Bacallao, as co-counsel for Mr. Rainey.

Respectfully submitted February 11, 2026.

<div style="margin-left:auto;">

**CHARLES L. PRITCHARD, Jr.**
**FEDERAL PUBLIC DEFENDER**

***/s/ Jaclyn Isaacs-Bacallao***

Jaclyn Isaacs-Bacallao
Assistant Federal Public Defender
Florida Bar No. 85991
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Jaclyn_Isaacs@fd.org

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2026, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Brooke Michelle Padgett

Ryan Maguire

/s/ Jaclyn Isaacs-Bacallao
Jaclyn Isaacs-Bacallao
Assistant Federal Public Defender