# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

United States of America
v.
Javarious Brinson

_____
*Defendant*

)
)
)
)
)
)
)

Case No. 8:25 cr 106 VMC - AAS

*(stamp, red ink)* RCVD USMS M/FL TAMPA 2025 MAR 7 8:27

## ARREST WARRANT

To: Any authorized law enforcement officer

*(stamp)* FEB 20 2026 AM10:01 FILED - USDC - FLMD - TPA

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAVARIOUS BRINSON ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Drug Trafficking Conspiracy, in violation of 21 U.S.C. § 846;
Possession With Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1); and
Possessing a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c).

Date: 3/6/2025

*Katrina M. Elliott*
*Issuing officer's signature*
**KATRINA ELLIOTT**

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/7/2025 , and the person was arrested on *(date)* 1/23/2026
at *(city and state)* Pensacola FL .

Date: 19 Feb 26

_____
*Arresting officer's signature*

ORTIZ, FRANK A
*Printed name and title*