# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:25 cr 106 VMC- AAS |
| Javarious Brinson | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JAVARIOUS BRINSON                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Drug Trafficking Conspiracy, in violation of 21 U.S.C. § 846;
Possession With Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1); and
Possessing a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c).

Date: 3/6/2025

*Katrina M. Elliott*
*Issuing officer's signature*
**KATRINA ELLIOTT**

City and state:     Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/7/ 2025 , and the person was arrested on *(date)* 1/23/2026
at *(city and state)* Pensacola FL .

Date: 19 Feb 26

*Arresting officer's signature*

ORTIZ, FRANK A
*Printed name and title*