# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

United States of America
v.
Javarious Brinson

Defendant

)
)
)
)
)
)
)

Case No. 8:25cr106 VH C- AAS

## ARREST WARRANT

To:    Any authorized law enforcement officer

FEB 24 2026 AM 11:24
FILED - USDC - FLMD - TPA

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JAVARIOUS BRINSON                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Drug Trafficking Conspiracy, in violation of 21 U.S.C. § 846;
Possession With Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1); and
Possessing a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c).

Date: 3/6/2025

*Issuing officer's signature*

KATRINA ELLIOTT

City and state:    Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court

*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* 3/7/2025 , and the person was arrested on *(date)* 1/23/2026

at *(city and state)* Pensacola, FL .

Date: 19 Feb 26

*Arresting officer's signature*

ORTIZ, FRANK A

*Printed name and title*