# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:25-cr-106-VMC-AAS | | DATE: | February 27, 2026 |
|---|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAVARIOUS BRINSON | | | **LANGUAGE:** | N/A |
| | | | **GOVERNMENT COUNSEL**<br>Brooke Padgett | |
| | | | **DEFENSE COUNSEL**<br>Serbo Simeoni – CJA | |
| **COURT REPORTER:** DIGITAL | | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME** | 2:43 PM – 2:50 PM | **TOTAL:** 7 Minutes | **PRETRIAL:** | N/A |
| | | | **COURTROOM:** | 10B |

**PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT**

The Defendant was provided with a copy of the Indictment and waived the formal reading of the Indictment.

The Court summarized the charges and advised the Defendant of the rights pursuant to Rule 5.

An Oral Order of Due Process was entered.

The Defendant made an oral motion for appointment of counsel. The motion was granted, and CJA counsel was appointed to represent the Defendant.

A plea of NOT GUILTY was entered as to all counts.

The case is set for Trial Term commencing April 6, 2026.

A Status Conference is scheduled for March 12, 2026, at 9:30 a.m.

The Defendant made an oral motion for discovery, and the Government made an oral motion for reciprocal discovery. Both motions were granted.

The matter was referred to Magistrate Judge Sansone for entry of a pretrial discovery order. The pretrial discovery order will be electronically filed.

**Detention:**

The Government moved for detention.

The Defendant did not seek release from custody and is currently serving a state sentence.

The Court ordered the Defendant detained, finding the issue of bond to be moot as the Defendant is serving a state sentence. The Defendant was remanded to the custody of the United States Marshal.

Court adjourned.