**UNITED STATES OF AMERICA**

Case No. 8:25-CR-00106-VMC-AAS

**JAVARIOUS BRINSON**
    **Defendant.**

_____/

## <u>DEFENDANT'S MOTION TO ALLOW STAND-IN COUNSEL</u>

COMES NOW the Defendant, **JAVARIOUS BRINSON**, through undersigned counsel, respectfully moves this Court for entry of an order permitting **Attorney Peter Wansboro** to appear as stand-in counsel on behalf of undersigned counsel at the **Status Conference scheduled for March 19, 2026, at 9:30 a.m.** In support, Defendant states:

1. Undersigned counsel is counsel of record for Mr. Louis in the above-captioned matter.

2. The Court has scheduled a **Status Conference** for **March 19, 2026, at 9:30 a.m.** in the Tampa Division.

3. Undersigned counsel is scheduled for trial in <u>State of Florida v. Veronica Gozo</u>, case number 23-CF-0849, an Aggravated Child Abuse Manslaughter before Judge Mary Handsel on March 16, 2026, and it is anticipated the trial

shall extend through the entire week of March 16, 2026, encompassing the status date.

4. To ensure the efficient progression of this case and avoid any delay, undersigned counsel requests permission for **Attorney Peter Wansboro**, a licensed attorney in good standing and experienced federal practitioner, to appear on his behalf for this limited purpose.

5. Attorney Wansboro is fully capable of addressing scheduling matters, conveying the status of discovery and negotiations, and receiving any directives from the Court.

6. No prejudice will result to the Government or the Court by allowing stand-in counsel, and this request is made in good faith.

WHEREFORE, Defendant respectfully requests that this Court enter an order permitting **Attorney Peter Wansboro** to appear as stand-in counsel for undersigned counsel at the **March 19, 2026, Status Conference**, and grant any further relief the Court deems just and proper.

<u>**CERTIFICATE OF SERVICE**</u>

**THE UNDERSIGNED HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Sheryl Loesch, Clerk of Court, U.S. District Court, Middle District of Florida and that e-mail notification of this filing will be sent to all interested persons on this February 27, 2026.

s/Serbo C. Simeoni
Serbo C. Simeoni, Esq.
1700 N. McMullen Booth Rd.
Suiter A-7
Clearwater, FL 33759
Telephone: (727) 799-3506
Facsimile: (727)202-5014
Email:       simeoni07@gmail.com
Florida Bar # 0921970
CJA Counsel for Defendant,