UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:25-cr-106-VMC-AAS

JAVARIOUS BRINSON
_____/

## **ORDER OF DETENTION**

This cause is before the Court on the question of the Defendant's detention or release pending trial. The Defendant stands indicted on criminal charges (Doc. 1). The Government seeks detention of the Defendant.

According to the information in the record and as confirmed by counsel at the Defendant's detention hearing, the Defendant is currently in state custody. In situations such as this, the question of bail appears moot. Accordingly, the Court directs that the Defendant be detained. Counsel may revisit the matter of the Defendant's release by subsequent motion should the circumstances warrant such relief.

The Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity

for consultation with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED in Tampa, Florida, this 6th day of March 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

Copies to:
Counsel of record