**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

Case No. 8:25-cr-00106-VMC-AAS

**JAVARIOUS BRINSON,**
    **Defendant.**

_____/

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

COMES NOW defendant, **JAVARIOUS BRINSON**, together with undersigned counsel and hereby waives speedy trial consistent with The Speedy Trial Act and specifically, 18 U.S.C. §3161(h)(7)(A), and (B)(iv), wherein the defendant acknowledges that the ends of justice will be served by accepting this waiver and outweighs the best interests of the public and the defendant in a speedy trial.

The defendant, **JAVARIOUS BRINSON**, asserts that the court's failure to accept this waiver would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in the above-styled action. Understanding the right to speedy trial, the defendant hereby waives or agrees to toll speedy trial through **August 31, 2026**

_____
Serbo C. Simeoni, Esq.
Counsel for the Defendant

_____
**JAVARIOUS BRINSON**
Defendant

Date: Mar 12-26

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing Waiver of Speedy Trial has been furnished by Electronic Filing to the Clerk of the Court, U.S. District Court, Middle District of Florida, and that e-mail notification of this filing will be sent to all interested persons on March 12, 2026.

Respectfully submitted,

/s/ _Serbo C. Simeoni_
Serbo C. Simeoni, Esq.
1700 N. McMullen Booth Rd.
Suite A-7
Clearwater, FL 33759
Phone: (727) 799-3506
Fax: (727) 202-5014
E-Mail: pinellaslawyer@gmail.com